```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
HOWARD UNIVERSITY,                                                 :
                                                                   :
                              Plaintiff,                           :
                                                                   :           20-cv-4716 (LJL)
         -v-                                                       :
                                                                   :           ORDER
LARRY BORDERS and VIRGINIA BORDERS,                                :
                                                                   :
                              Defendants,                          :
                                                                   :
         and                                                       :
                                                                   :
CENTRALIA MADONNA, a DRAWING,                                      :
                                                                   :
                              Defendant-in-rem.                    :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/19/2020

LEWIS J. LIMAN, United States District Judge:

Defendants seek an order compelling a non-party to comply with a subpoena based on the representation from Plaintiff's counsel, which also represents the non-party, that Plaintiff would move to quash. Dkt. No. 28. The subpoena was served on October 5, 2020 and commands an appearance in Birmingham, Michigan for a deposition of the non-party and document production by the non-party. Plaintiff has submitted a letter opposing such an order. Dkt. No. 29.

The motion is DENIED. The non-party has not failed to appear. The non-party has the right to move to quash on timely motion in the district where compliance is required in Michigan. Fed. R. Civ. P. 45(d). In the alternative, on consent of the non-party, this Court will accept a timely motion to quash or Plaintiff can elect to have its letter serve as a motion to quash to which an opposition and reply will be permitted. *See* Fed. R. Civ. P. 45(f); *Joffe v. King & Spalding LLP*, 2020 WL 3453452, at *5 n.6 (S.D.N.Y. June 24, 2020).

SO ORDERED.

Dated: October 19, 2020        _____
       New York, New York                   LEWIS J. LIMAN
                                         United States District Judge