# EXHIBIT F

1                UNITED STATES DISTRICT COURT

2                SOUTHERN DISTRICT OF NEW YORK

3

4    _____

                                    )
5    HOWARD UNIVERSITY,             )
                                    )
6         Plaintiff-               )
          Counterclaim Defendant,  )
7                                   )   ECF Case
     vs.                            )
8                                   )   20-CV-4716 (LJL)
     LARRY BORDERS and             )
9    VIRGINIA BORDERS,             )
                                    )
10        Defendants-              )
          Counterclaim Plaintiffs, )
11                                  )
     CENTRALIA MADONNA,            )
12   A DRAWING,                    )
                                    )
13        Defendant-in-rem.        )
     _____)

14

15

16         DEPOSITION OF DR. LISA FARRINGTON

17            As 30(b)(6) Designee of

18               HOWARD UNIVERSITY

19             (Via videoconference)

20              October 30, 2020

21

22

23

24   Reported by:  John L. Harmonson, RPR

25   Job No. 185831

```
 1                      L. FARRINGTON
 2        A.    Bachelor of fine arts.
 3        Q.    Where did you receive that from?
 4        A.    Howard University.
 5        Q.    What year did you receive that?
 6        A.    1978.
 7        Q.    What years were you a student at
 8   Howard University?
 9        A.    1974 to 1978.
10        Q.    And are you currently employed by the
11   University?
12        A.    Yes.
13        Q.    When did you begin your current
14   employment with the University?
15        A.    January of 2020.
16        Q.    Did you render any services to the
17   University between the time you graduated and
18   when you started your current employment?
19        A.    I spoke at an annual conference every
20   other year.
21        Q.    Any other services?
22        A.    No.
23        Q.    What is your current title at the
24   University?
25        A.    Associate dean of fine arts.
```

```
 1                    L. FARRINGTON

 2        Q.    Are you prepared today to provide all

 3   information known to Howard University concerning

 4   the theft, unauthorized transfer, sale,

 5   deaccession, or other non-loan disposition of any

 6   other artworks from the University's collection

 7   between 1965 and 1980?

 8        A.    Yes.

 9        Q.    What did you do in advance of this

10   deposition to prepare to provide all information

11   known to Howard University concerning the theft,

12   unauthorized transfer, sale, deaccession, or

13   other non-loan disposition of any other artworks

14   from the University's collection between 1965 and

15   1980?

16        A.    I looked at annual reports.

17        Q.    Do you recall any other documents you

18   looked at?

19        A.    No.

20        Q.    Did you speak with anyone at Howard

21   University, not including outside counsel or

22   in-house counsel, concerning the theft,

23   unauthorized transfer, sale, deaccession, or

24   other non-loan disposition of any other artworks

25   from the University's collection between 1965 and
```

1               L. FARRINGTON

2    1980?

3         A.    No.

4         Q.    Is there anyone at Howard University

5    who would have knowledge concerning the theft,

6    unauthorized transfer, sale, deaccession, or

7    other non-loan disposition of any other artworks

8    from the University's collection between 1965 and

9    1980?

10        A.    Not that I know of.

11        Q.    Did you do any investigation to

12   determine whether anyone would have that

13   information at Howard University?

14        A.    From 1965?  No.

15        Q.    Did you do an investigation to

16   determine if anyone at Howard, currently at

17   Howard University, would have knowledge or

18   information concerning the theft, unauthorized

19   transfer, sale, deaccession, or other non-loan

20   disposition of any other artwork from the

21   University's collection between 1965 and 1980?

22             MR. HARVEY:  Mr. Cossu, you mean other

23        than what she told you she did herself?

24             MR. COSSU:  Exactly.

25   BY MR. COSSU:

1           L. FARRINGTON

2   deaccession, et cetera, with him, I have not.

3   And I have not talked with him in preparation for

4   today.

5        Q.    Thank you.

6             Is there anyone else at Howard

7   University other than Scott Baker who has

8   information concerning the University's

9   acquisition, ownership, and/or disposition of the

10  Charles White artwork at issue excluding in-house

11  counsel or outside counsel?

12       A.    I don't know who else.  I don't know.

13       Q.    Turn your attention to subparagraph

14  (c) of Exhibit B.

15       A.    Yes.

16       Q.    It states:  "The University's

17  preparation of any inventories of its art

18  collection between 1972 and 2020."

19       A.    Yes.

20       Q.    Are you prepared today to provide all

21  information known to Howard University concerning

22  the University's preparation of any inventories

23  of its art collection between 1972 and 2020?

24       A.    Yes.

25       Q.    What did you do in advance of this

1                    L. FARRINGTON

2   deposition to prepare to provide all information

3   known to Howard University concerning the

4   University's preparation of any inventories of

5   its art collection between 1972 and 2020?

6        A.    I looked at the 1976 inventory and the

7   current inventory.

8        Q.    Did you take any other actions to

9   prepare to testify to the University's

10  preparation of any inventories of its art

11  collection between 1972 and 2020?

12       A.    No.

13       Q.    Did you speak with anyone at Howard

14  University concerning the University's

15  preparation of any inventories of its art

16  collection between 1972 and 2020?

17            MR. HARVEY:  Calls for a yes or no

18       answer.

19            May we hear the question again,

20       please?

21            MR. COSSU:  Mr. Court Reporter, if you

22       could repeat the question.

23            (The record was read back by the

24       reporter as follows:

25            "Question:  Did you speak with anyone

1                    L. FARRINGTON

2    University's collection management system and

3    document retention policy for its art collection?

4         A.    I reviewed the gallery policy and

5    annual reports.

6         Q.    Did you speak with anyone concerning

7    the University's collection management system and

8    document retention policy for its art collection

9    other than counsel?

10        A.    I spoke to gallery staff, but not

11   about this.

12        Q.    Is there anyone else at Howard

13   University besides yourself who would have

14   knowledge or information concerning the

15   University's preparation of any inventories of

16   its art collection between 1972 and 2020?

17        A.    1972 to 2020?  Just myself and the

18   gallery staff.

19        Q.    Who at the gallery staff would have

20   knowledge concerning the University's preparation

21   of any inventories of its art collection between

22   1972 and 2020?

23        A.    Mr. Baker.

24        Q.    Anyone else?

25        A.    Not really.  The only other staff

1                    L. FARRINGTON

2    member is brand-new.

3         Q.    Who is the other staff member?

4         A.    The registrar.

5         Q.    When did the registrar join Howard

6    University?

7         A.    A couple of months ago.

8         Q.    What's the registrar's name?

9         A.    Abby.

10        Q.    Is there anyone else at the University

11   who would have knowledge or information

12   concerning the University's collection management

13   system and document retention policy for its art

14   collection?

15        A.    No.

16        Q.    Does Howard University maintain an art

17   collection?

18        A.    Yes.

19        Q.    Do you know who owns the art

20   collection?

21        A.    I assume the University.

22        Q.    Is there a distinct legal entity other

23   than the University that would control the art

24   collection?

25        A.    No.

1              L. FARRINGTON

2         Q.    Is there a particular department at

3    the University that controls the art collection?

4         A.    No.

5         Q.    Did control over the art collection

6    ever change at the University?

7         A.    I wouldn't know that.  I'm only here

8    ten months.

9         Q.    Is there anyone at the University who

10   would know if control over the art collection

11   ever changed?

12        A.    Not that I know of.

13        Q.    Was a particular person responsible

14   for the maintenance and oversight of the art

15   collection in 1970?

16        A.    I think it was A.J. Carter.

17        Q.    Do you know what A.J. Carter's title

18   was at the time?

19        A.    I think it was gallery director, but

20   I'm not sure.  I never met him, and I wasn't

21   here.

22        Q.    Is Dr. Carter still alive?

23        A.    No.

24        Q.    Was a particular person responsible

25   for the maintenance and oversight of the art

```
 1                    L. FARRINGTON
 2   collection in 1971?
 3        A.    I assume it was him.
 4        Q.    Was a particular person responsible
 5   for the maintenance and oversight of the art
 6   collection in 1972?
 7        A.    I'm speculating, but I assume it's
 8   him.
 9        Q.    Are there any records at Howard
10   University that would reflect if a particular
11   person was responsible for the maintenance and
12   oversight of the art collection in 1972?
13        A.    I don't know about '72.  But he signed
14   the 1976 inventory.
15        Q.    You're basing your answers on
16   Dr. Carter's signing of the 1976 inventory?
17        A.    Yes.
18        Q.    Was a particular person responsible
19   for the maintenance and oversight of the art
20   collection in 1973?
21        A.    I have no way of knowing.
22        Q.    Was a particular person responsible
23   for the maintenance and oversight of the art
24   collection in 1974?
25        A.    I'd be assuming again.
```

1                    L. FARRINGTON

2        A.    Yes.

3        Q.    Where do you recall the annual reports

4    being located?

5        A.    In the art office hallway.

6        Q.    Where is the art office hallway?

7        A.    In Childers Hall.

8        Q.    You referenced a news article.  Do you

9    recall where you located that?

10        A.    In the artist's file.

11        Q.    In which artist file?

12        A.    Charles White.

13        Q.    Do you recall what was the substance

14    of the news article?

15        A.    Not exactly.

16        Q.    Do you recall when the news article

17    was from, what year?

18        A.    Not exactly.  That was decades ago.

19        Q.    What do you recall being in the news

20    article?

21        A.    Mention of Charles White, and I think

22    of Centralia Madonna.  But I can't be sure.  I

23    didn't have it memorized.  I'd need to see it

24    again.

25        Q.    Do you recall any other documents

1                    L. FARRINGTON

2    being located in the artist file?

3         A.    A loan form.

4         Q.    What do you recall about the loan

5    form?

6         A.    It states that in the '60s, the work

7    was lent to a school in Boston.

8         Q.    By "the work," do you mean the Charles

9    White artwork at issue?

10        A.    Yes.

11        Q.    Do you recall anything else about the

12   loan form?

13        A.    That a Boston museum arranged the

14   loan.

15        Q.    What else do you recall being in the

16   Charles White artist file?

17        A.    That's all.

18        Q.    It was just those two pages?

19        A.    That's all I recall from the file.

20        Q.    Do you recall how large the file was?

21        A.    Not very large.

22        Q.    Were there any other references to

23   Centralia Madonna in the artist file?

24        A.    No.  Only those two documents.

25        Q.    Where is the Charles White artist file

```
 1                      L. FARRINGTON
 2   artwork from the University's collection to an
 3   employee?
 4        A.    No.
 5        Q.    Is the University aware of any thefts
 6   of artwork from its collection?
 7        A.    The Centralia Madonna by Charles
 8   White.
 9        Q.    Other than Centralia Madonna, is the
10   University aware of any thefts of artwork from
11   its collection?
12        A.    No, not that I know of.
13        Q.    Does the University have any
14   information indicating that there have been other
15   thefts of artwork from its collection?
16        A.    I think in an annual report from a few
17   decades back there was a citation of stolen art
18   that was hung in another building without a
19   guard.
20        Q.    So what you're saying is there wasn't
21   actually a theft.  Am I understanding that
22   correctly?
23        A.    There is a listing in one of the
24   annual reports that lists two or three objects
25   that were taken from another building on campus
```

```
 1                    L. FARRINGTON

 2  other than Childers where there was no guard to

 3  watch.

 4       Q.    So there was a theft of those

 5  artworks?

 6       A.    Yes, according to that document.

 7       Q.    Have you done anything to confirm that

 8  that theft took place?

 9       A.    That was 30 or 40 years ago, and I

10  have not confirmed that that theft took place.

11  But whoever wrote that report confirmed it in

12  that document.

13       Q.    Do you know if the University filed a

14  police report relating to that theft?

15       A.    I would have no way of knowing.  I

16  assume so.

17       Q.    Does Howard University have records of

18  a police report being filed with relation to that

19  theft?

20       A.    I have never seen such records.

21       Q.    Does Howard University have records of

22  an insurance claim being filed with regard to

23  that theft?

24       A.    You would have to speak to the

25  insurance office.
```

1                    L. FARRINGTON

2       Q.    Does the University have a record of

3   the theft being registered with any stolen art

4   databases?

5       A.    I don't know.

6       Q.    Did you --

7       A.    I'm assuming in 1970 or '69, whenever

8   that was recorded, there was no database.

9       Q.    Have you conducted any investigation

10  to determine if the theft was registered with the

11  database?

12      A.    I only discovered that page in that

13  40-year-old report in preparation for this

14  deposition.

15      Q.    Did you conduct any investigation

16  after discovering that page in that report?

17      A.    No.

18      Q.    Does the University have any policies

19  or procedures concerning how to respond to the

20  theft of an artwork?

21      A.    No, not that I know of.

22      Q.    Is the University aware of any

23  instances in which an employee was alleged to

24  have taken an artwork from the University's

25  collection without permission?

```
 1                    L. FARRINGTON
 2      by my time.   Why don't we take ten minutes?
 3           MR. COSSU:   Sounds good.
 4           (Recess taken.)
 5           MR. HARVEY:   Mr. Cossu, I want to put
 6      on the record for your benefit, the
 7      spreadsheet that Dr. Farrington talked about
 8      earlier was produced to you as HOWARD00643.
 9           MR. COSSU:   Thank you very much,
10      Mr. Harvey.
11           MR. HARVEY:   You're welcome.
12 BY MR. COSSU:
13      Q.    Dr. Farrington, when does the
14 University assert that it acquired the Charles
15 White artwork that is the subject of this
16 lawsuit?
17      A.    1947 or '48, I believe.
18      Q.    Where did the University acquire the
19 White artwork from?
20      A.    I believe the artist, but I'm not
21 sure.
22      Q.    What evidence is the University
23 relying upon in support of that answer?
24      A.    The artist was teaching here at the
25 time.  And then it is indicated in the report
```

1                    L. FARRINGTON

2  that it was received at that time.  I'm just, you

3  know, guessing.  I don't know if the artist gave

4  it to us or not.  There is no record one way or

5  the other except that he was teaching here.

6        Q.    How much did the University pay for

7  the White artwork?

8        A.    I don't know.  It might be in the

9  annual report from that year.

10       Q.    What were the terms of the

11  University's acquisition of the White artwork?

12       A.    I've seen no records about terms.

13       Q.    What title to the White artwork was

14  provided to the University when it acquired the

15  work?

16       A.    Centralia Madonna.

17       Q.    Is that documented anywhere?

18       A.    In the annual report from the late

19  '40s, which I believe you have seen.

20       Q.    What title did the University use when

21  identifying the White artwork?

22       A.    Centralia Madonna, as far as I know.

23       Q.    Were any other titles ever used?

24       A.    Not that I know of.

25       Q.    Does the University possess any

1                    L. FARRINGTON

2  documentation from the Barnett-Aden Gallery

3  concerning the White artwork?

4       A.    Not that I know of.

5       Q.    Did you conduct any investigation if

6  the University possesses any documentation from

7  the Barnett-Aden Gallery?

8       A.    There is no file called "Barnett-Aden

9  Gallery" in the gallery offices that I know of.

10 So I did not investigate that, no.

11      Q.    Does the University possess any

12 documentation evidencing payment for the White

13 artwork?

14      A.    No.  Not in the artist file or in any

15 of the annual reports that I've examined.

16      Q.    Is there any document showing that the

17 White artwork was purchased and not loaned from

18 the artist?

19      A.    It's listed as a part of the art

20 collection, which suggests that it was not a

21 loan; it was an acquisition.

22      Q.    Where was the location of the White

23 artwork when the University acquired it?

24      A.    I would only be speculating.  So I

25 can't answer that.

1                    L. FARRINGTON

2    within its offices?

3         A.    No official policies or procedures.

4         Q.    What unofficial policies exist?

5         A.    If the president wants a work of art

6    hung in his office, we bring it to his office and

7    we hang it there.

8         Q.    Where was the White artwork located in

9    1965?

10        A.    I don't know.

11        Q.    Does the University have any records

12   indicating where it was located in 1965?

13        A.    They have no records of its location,

14   period, except that it was acquired.

15        Q.    Does the University have any

16   information concerning where the White artwork

17   was located between 1965 and 1970?

18        A.    The annual reports did not keep such

19   records; so no, for any works.

20        Q.    Where was the White artwork located in

21   1970?

22        A.    I have no idea.

23        Q.    Was it moved at all in 1970?

24        A.    I couldn't possibly know.  I would be

25   guessing, speculating.

```
 1                      L. FARRINGTON

 2        Q.    Where was the White artwork located in

 3    1971?

 4        A.    I don't know.

 5        Q.    Was the White artwork moved at all in

 6    1971?

 7        A.    I don't know.

 8        Q.    Where was the White artwork located in

 9    1972?

10        A.    I don't know.

11        Q.    Was it moved at all in 1972?

12        A.    I don't know.

13        Q.    Where was the White artwork located in

14    1973?

15        A.    I don't know.

16        Q.    Was it moved at all in 1973?

17        A.    I don't know.

18        Q.    Where was the White artwork located in

19    1974?

20        A.    I don't know.

21        Q.    Was it moved at all in 1974?

22        A.    I don't know.

23        Q.    Did you conduct any investigation to

24    determine the location of the artwork in the

25    1970s?
```

Page 62

```
 1                     L. FARRINGTON
 2       A.    I did not, no.
 3       Q.    Did you conduct any investigation to
 4  determine if the White artwork was moved in the
 5  1970s?
 6       A.    No.
 7       Q.    Did the University ever publish images
 8  of the White artwork?
 9       A.    Publish?
10       Q.    Yes.
11       A.    I don't know.
12       Q.    Does the University possess any
13  photographs of the White artwork that were taken
14  before 1976?
15       A.    We have photographs of it, but I don't
16  know when they were taken.
17       Q.    What photographs do you have of the
18  artwork?
19       A.    There is a digital photograph of it in
20  the TMS system.
21       Q.    When was that digital photograph
22  uploaded?
23       A.    I have no idea.  I wasn't at the
24  University.
25              MR. COSSU:  Mr. Harvey, we are going
```

```
 1                      L. FARRINGTON
 2        to make a request for all metadata and any
 3        photos of the artwork that are on the TMS
 4        system.
 5              MR. HARVEY:  We will take your request
 6        under advisement.
 7              MR. COSSU:  Thank you.
 8              MR. HARVEY:  You're welcome.
 9   BY MR. COSSU:
10        Q.    Has the University ever permitted the
11   White artwork to be taken outside of its offices?
12        A.    I don't know.
13        Q.    Did you conduct any investigation to
14   determine if the University permitted the White
15   artwork to be taken outside of its offices?
16        A.    I have not conducted an investigation,
17   no.
18        Q.    On the TMS system you referenced, is
19   the means of acquisition identified for an
20   artwork?
21        A.    Not if we didn't have that data in the
22   files when the students put it on the system.
23   They uploaded information that was available.
24        Q.    Are photographs maintained for each
25   artwork on the TMS system?
```

1                    L. FARRINGTON

2             MR. COSSU:  I'm going to try to find a

3      clear date.

4  BY MR. COSSU:

5      Q.    Dr. Farrington, I'm going to turn your

6  attention to page 15.

7      A.    Okay.

8      Q.    Do you see on the bottom right in

9  handwritten sideways it appears to read

10 11/4/1963?

11     A.    I see that.

12     Q.    Does that refresh your recollection

13 about when this document was prepared?

14     A.    I really don't have any idea when the

15 document was prepared or when that date was

16 written in.  I couldn't know that.

17     Q.    Does the University possess any

18 records that would identify the date this

19 document was created?

20     A.    No.

21     Q.    I'm going to turn your attention now

22 to what has been marked as HOWARD602.  Do you see

23 that on the bottom right?

24     A.    Yes.

25     Q.    There is a date here above that, again

1                          L. FARRINGTON

2    handwritten, that appears to be 1/29/64.  Do you

3    see that?

4        A.    Yes.

5        Q.    If you look, there is an underlined

6    work there.

7        A.    Yes.

8        Q.    Is that the Charles White work that we

9    have been discussing?

10       A.    Yes.

11       Q.    Do you know who underlined that work?

12       A.    I may have.  I'm not sure.

13       Q.    So would you have underlined it

14   recently?

15       A.    Yeah, I might have.

16       Q.    And what is the White artwork valued

17   at in this document?

18       A.    $75, according to the document.

19       Q.    And are there other White drawings

20   identified on this page?

21       A.    Native Son No. 2 for $50.  George

22   Washington Carver for $50.

23       Q.    Do you know if there was a subsequent

24   valuation of the University's collection after

25   this one?

1                    L. FARRINGTON

2        A.    Hmm.  I might have been.

3        Q.    Do you know who created this document?

4        A.    A.J. Carter.

5        Q.    If you look on page 1, do you see

6   where it states:  "I am herewith submitting a

7   revised report concerning the valuation of the

8   permanent collection of the Howard University

9   Gallery of Art"?

10       A.    Yes.

11       Q.    Is this document a revision to the

12  1964 valuation that we just looked at as

13  Exhibit D?

14       A.    I have no way of knowing.

15       Q.    Is there anyone at Howard University

16  who would know?

17       A.    Not from the 1960s, no.

18       Q.    Further down, do you see where it

19  reads:  "Further, for 25 years I have been

20  constantly adding to my many notes, acquisition

21  sheets, record cards, daily log and photographs,

22  attempting to keep as accurate a record as

23  possible"?

24       A.    Yes.

25       Q.    Are Dr. Carter's many notes,

```
 1                    L. FARRINGTON

 2   acquisition sheets, record cards, daily log and

 3   photographs still possessed by the University?

 4        A.    I don't know.

 5        Q.    Is there an acquisition sheet for the

 6   White artwork?

 7        A.    What do you mean by an acquisition

 8   sheet?

 9        Q.    Well, Dr. Carter references an

10   acquisition sheet, and I'm asking if there is an

11   acquisition sheet --

12        A.    I have never come across such a thing.

13        Q.    Is there a record card for the White

14   artwork?

15        A.    I don't know if record cards are even

16   kept.  These sound like very old-fashioned

17   documents.

18        Q.    Do you know if any search was

19   conducted to determine if record cards still

20   exist for the White artwork?

21        A.    The only thing I was able to find was

22   the artist file.

23        Q.    Did anyone else search for physical

24   documents related to the White artwork?

25        A.    I did the search.
```

1                    L. FARRINGTON

2      Q.    I'm asking did anyone else, or was it

3  just you?

4      A.    Just me.

5      Q.    And --

6      A.    I -- I'm sorry.

7      Q.    No, no, go ahead.  I didn't mean to

8  interrupt you.

9      A.    I searched all of the offices, all of

10  the file drawers, and I found the artist file, I

11  found the Carter inventory, and I found the many

12  annual reports, et cetera.

13      Q.    When did this search take place?

14      A.    Over many weeks in the last few

15  months.

16      Q.    Did you search for documents before

17  September?

18      A.    Yes.

19      Q.    Did you search for documents after

20  September?

21      A.    Two annual reports, yes, that we

22  supplied to you.

23      Q.    Those were located after September of

24  this year?

25      A.    Yes.  I think the library was missing

1                    L. FARRINGTON

2    two, and they were in the gallery offices, so I

3    supplied them.

4         Q.    Is the White artwork referenced in

5    Dr. Carter's daily log?

6         A.    I don't know.

7         Q.    Does the University possess

8    Dr. Carter's daily log?

9         A.    I don't know.  I don't think so, but I

10   don't know.  I've never seen it, and it's not in

11   the library -- I mean it's not in the gallery

12   offices.  It may be in the library, but I've

13   never seen it.

14        Q.    Do you know if any search was

15   conducted for Dr. Carter's daily log?

16        A.    I searched for any and everything to

17   do with Charles White's Centralia Madonna.  I was

18   not specifically asked to search for a log.

19        Q.    Did you search the Howard University

20   library for documents relating to the Charles

21   White artwork?

22        A.    I believe the legal office did that.

23        Q.    I'm going to turn your attention to

24   page 2 of this document marked HOWARD609.

25        A.    Yes.

1                    L. FARRINGTON

2        Q.    Do you see where it states the number

3    of items under "Drawings" as 61?

4        A.    Yes, I see that.

5        Q.    I'm going to turn your attention back

6    to Exhibit D.

7              Dr. Farrington, if you look at the top

8    of this page on the left, it says "Drawing," and

9    then there appears to be an internal reference

10   number for each of the drawings.  Do you see

11   that?

12       A.    Yes.

13       Q.    Do you see how that numerically counts

14   1, 2, 3, 4, 5, 6, et cetera?

15       A.    Yes.

16       Q.    Going down, at the bottom you'll see

17   the last number is 87.

18       A.    Yes.

19       Q.    What happened to the 26 drawings that

20   are referenced in this report, in this valuation,

21   but not the later valuation?

22       A.    I assume that since one person is

23   working on the report, he just made a report of

24   what he could get his hands on.  I don't have any

25   other speculation.

```
 1                    L. FARRINGTON
 2        Q.    But Dr. Carter prepared both reports;
 3   correct?
 4        A.    If his name is on the report, correct.
 5        Q.    Turning your attention back to Exhibit
 6   E.
 7              Do you see the Charles White artwork
 8   at issue on this page?
 9        A.    Yes.
10        Q.    What value is listed for the Charles
11   White artwork?
12        A.    $1,000.
13        Q.    Who appraised the White artwork at
14   that value?
15        A.    I have no idea.
16        Q.    Does the University possess records
17   identifying who appraised the artwork at that
18   value?
19        A.    No.  I'm assuming Dr. Carter guessed
20   the amount.
21        Q.    And what was the basis for that
22   valuation?
23        A.    I couldn't be in his mind.  I would
24   have no idea.
25        Q.    If you look further up the page, do
```

1               L. FARRINGTON

2   early '70s.  Sometime around '72, '73, '74, like

3   that.

4        Q.    Is the White artwork identified in the

5   Dr. Carter 1976 inventory?

6        A.    Yes.

7        Q.    And what information is provided about

8   the White artwork in that inventory?

9        A.    Don't you have it in one of your

10  documents?  If you can show me.

11       Q.    Well, I would like your recollection

12  of what you've seen of it.

13       A.    Oh, I don't have an exact

14  recollection.  I need to see it again.

15       Q.    Did Dr. Carter inspect the

16  University's art collection while preparing the

17  1976 inventory?

18       A.    I can only speculate, but I assume so.

19       Q.    Does the University possess any

20  records indicating whether an inspection of the

21  University's art collection took place as a part

22  of that inventory?

23       A.    The inventory, that's the proof.

24       Q.    But I'm asking you, are there records

25  identifying dates that Dr. Carter looked at

```
 1                    L. FARRINGTON
 2        Q.    Does that refresh your recollection
 3   that this is the 1976 inventory?
 4        A.    I have to assume so.  It doesn't seem
 5   to be formally dated, however.
 6        Q.    Turning your attention to page 12, do
 7   you see the reference to the White artwork here?
 8        A.    Yes.
 9        Q.    Do you see the handwritten notations
10   on this page?
11        A.    Yes.
12        Q.    Who made those notations?
13        A.    I don't know.
14        Q.    When were those notations made?
15        A.    I don't know.
16        Q.    Does Howard University have any
17   records indicating who made those notations?
18        A.    Not that I know of.
19        Q.    I'm going to turn your attention to
20   the next page, page 13.  Do you see the word
21   "loan" within parentheses, question mark, with
22   regard to the White artwork?
23        A.    Yes.
24        Q.    What did Dr. Carter mean by that?
25        A.    I don't know.
```

1                         L. FARRINGTON

2         Q.    What efforts were made at this time to

3   determine if the White artwork was on loan?

4         A.    I wasn't there; I don't know.

5         Q.    What investigation have you undertaken

6   to determine what efforts were made to figure out

7   if the White artwork was on loan at this time?

8         A.    We found a loan document.  But that's

9   from before this time.  Assuming this is '76,

10  which is questionable since the document isn't

11  formally dated.

12        Q.    Do you have any reason to believe this

13  document wasn't created in 1976?

14        A.    It lacks a date on the cover page.

15        Q.    When did Dr. Carter cease to be

16  employed by the University?

17        A.    Oh, I don't know what date.  In the

18  '70s, I think.

19        Q.    Could it have been 1976?

20              MR. HARVEY:  Objection; calls for

21        speculation.

22              THE WITNESS:  I don't know.

23  BY MR. COSSU:

24        Q.    Does Howard University possess any

25  records of when Dr. Carter ceased to be employed

1                     L. FARRINGTON

2   by the University?

3        A.    Not any longer.

4        Q.    What efforts were made by the

5   University between 1976 and '79 to determine if

6   the White artwork was on loan?

7        A.    I have no idea.

8        Q.    What efforts were made between 1980

9   and 1989 to determine if the White artwork was on

10  loan?

11       A.    I wasn't employed.  I just couldn't

12  tell you.

13       Q.    What investigation did you undertake

14  to determine if there had been any search for the

15  White artwork between 1980 and 1989?

16            MR. HARVEY:  May I hear that question

17       again, please?

18            (The record was read back by the

19       reporter as follows:

20            "Question:  What investigation did you

21       undertake to determine if there had been any

22       search for the White artwork between 1980

23       and 1989?")

24            MR. HARVEY:  You mean any search that

25       took place during that time period?

```
 1                    L. FARRINGTON
 2           MR. COSSU:  That is correct.
 3           THE WITNESS:  I looked through all of
 4        the gallery files and produced all the
 5        records on Charles White that I could find
 6        referencing Centralia Madonna.
 7   BY MR. COSSU:
 8        Q.    So the University doesn't have any
 9   records indicating that a search for the White
10   artwork was undertaken between 1980 and 1989?
11        A.    I don't know if those records exist,
12   but they do not exist in the gallery offices and
13   files.
14        Q.    What efforts were made between 1990
15   and 1999 to determine if the White artwork was on
16   loan?
17        A.    I don't know.
18        Q.    What investigation did you undertake
19   to determine if Howard University had searched
20   for the White artwork between 1990 and 1999?
21        A.    I looked through the annual reports
22   and the artist files.
23        Q.    And does Howard University possess any
24   records indicating that it searched for the White
25   artwork between 1990 and 1999?
```

Page 87

1                    L. FARRINGTON

2        A.    I have seen no such records.

3        Q.    What efforts were made between 2000

4   and 2009 to determine if the White artwork was on

5   loan?

6        A.    I have no idea.

7        Q.    What investigation did you undertake

8   to determine if Howard University conducted a

9   search for the White artwork between 2000 and

10  2009?

11       A.    I looked through the artist files and

12  the annual reports and found no such records.

13       Q.    So Howard University does not have any

14  records indicating that it searched for the White

15  artwork between 2000 and 2009?

16       A.    I can't answer that question because I

17  don't know what they did, and I don't know every

18  record everywhere at Howard University.

19       Q.    But as you're testifying as the Howard

20  University representative today, you have located

21  no records indicating that a search took place

22  for the White artwork between 2000 and 2009 by

23  the University; correct?

24       A.    I only searched in the gallery files,

25  nowhere else.  And there were no such records in

Page 88

```
 1                    L. FARRINGTON
 2    the gallery files.
 3         Q.    Are there other places that the
 4    records may exist?
 5              MR. HARVEY:  Objection; calls for
 6         speculation.
 7              THE WITNESS:  In the library, but I
 8         don't know.  I really don't know.
 9    BY MR. COSSU:
10         Q.    What efforts were made between 2010
11    and 2019 to determine if the White artwork was on
12    loan?
13         A.    I have no idea.
14         Q.    Does Howard University possess any
15    records indicating that it searched for the White
16    artwork between 2010 and 2019?
17         A.    I have not seen any such records.
18         Q.    This is a long document.  So if you
19    want to look through it with your attorneys,
20    you're free to.  But I'm just going to bring your
21    attention to several pages.
22         A.    Okay.
23         Q.    The first page I'm going to turn your
24    attention to is HOWARD61.
25         A.    Yes.
```

1                    L. FARRINGTON

2        Q.    Do you see a reference to "Arizona

3   Allocation" at the top of the page?

4        A.    No.  Oh, yes.  On 32?

5        Q.    Yes, 32.

6        A.    Yes.

7        Q.    Is there an entry as to the location

8   of that artwork?

9        A.    No.

10       Q.    If you look under the fourth column,

11  do you see what appears to be "Miscellaneous"?

12       A.    Yes.

13       Q.    And do you see where the word "lost"

14  is written with regard to Arizona Allocation?

15       A.    Yes.

16       Q.    Is this artwork lost by the

17  University?

18       A.    Whoever did -- I mean Dr. Carter, if

19  he did this, believed it was.  Whether or not it

20  was is another question.

21       Q.    Does Howard University have any

22  records that this work isn't lost?

23       A.    This is, I assume, the only record of

24  the work being lost.

25       Q.    Was Dr. Carter known to be inaccurate

Page 90

```
 1                    L. FARRINGTON
 2    in his recordkeeping?
 3         A.    I don't know.
 4         Q.    Would anyone at the University know if
 5    Dr. Carter was known to be inaccurate in his
 6    recordkeeping?
 7         A.    I don't think so.
 8         Q.    Would Mr. Baker know?
 9         A.    I don't know.
10         Q.    Is there any evidence of impropriety
11    on the part of Dr. Carter while he was at the
12    University?
13         A.    I don't know.
14         Q.    Does the University possess any
15    records alleging that Dr. Carter acted in any
16    inappropriate way?
17         A.    I know of no such records.
18         Q.    Is there any reason for the University
19    to believe that Dr. Carter had misappropriated
20    artworks in the University's collection?
21         A.    I can't answer that.  I don't know.  I
22    don't know what the University believed back in
23    1977.  I couldn't possibly know that.
24              MR. HARVEY:  Mr. Cossu, are you
25         representing to the witness that Exhibit F
```

1                    L. FARRINGTON

2      is the name of the artwork as distinguished

3      from the origin of the artwork?

4            MR. COSSU:  I can only represent what

5      the document shows.  I have no idea.  But I

6      take it that the work is lost by the word

7      "lost" on it.

8            MR. HARVEY:  Well, do you know what

9      the reference is?  Is the reference to the

10     origin of the artwork, or is the reference

11     to the name of the artwork?

12           MR. COSSU:  Well, I believe if you

13     look at this list, every work has a title to

14     it.

15           MR. HARVEY:  But if you look at the

16     column that you were showing the witness,

17     that particular column said "Origin."

18   BY MR. COSSU:

19     Q.    So I'll take you up one page to clear

20   the record up, Dr. Farrington.  It appears the

21   origin may have been Arizona Allocation.  The

22   work, I believe, is cut off but it appears to be

23   by Allan Crite titled Shawmut Avenue.  Do you see

24   that?

25     A.    Yes, but there's also an indication of

Page 92

L. FARRINGTON

1

2   its location.  If you go back, you'll see he

3   wrote "fair condition."  So then lost must mean

4   something else.

5       Q.    What does lost mean, as the

6   University's representative?

7       A.    I have no idea what he meant by it,

8   but he didn't mean the picture was lost.  If he

9   described its condition, he must have seen it and

10  known it was in fair condition.

11      Q.    Is this work still in the University's

12  collection?

13      A.    I don't know.

14      Q.    Has any investigation been undertaken

15  to determine if this work is still in the

16  University's possession?

17      A.    Not since my arrival.

18      Q.    Do you see that the word "lost" is

19  circled in handwriting?

20      A.    Yes, I see that.

21      Q.    And who made that notation?

22      A.    I have no way of knowing.

23      Q.    And when was that notation made?

24      A.    I have no way of knowing.

25      Q.    Does the University possess any

1                    L. FARRINGTON

2   records indicating who made that notation?

3        A.    I have no way of knowing that either.

4        Q.    I'm going to turn your attention to

5   page 117.

6        A.    Uh-huh.

7        Q.    Do you see a reference to a work by

8   Leslie Bolling?

9        A.    Yes.

10       Q.    And what is the condition of that work

11  listed as?

12       A.    Stolen.

13       Q.    And when was this artwork stolen?

14             MR. HARVEY:  Objection; no foundation.

15  BY MR. COSSU:

16       Q.    You can answer.

17       A.    I don't know.  Whenever this

18  particular document was made or before.

19       Q.    Is there any reason to doubt

20  Dr. Carter's notation that this work was stolen?

21       A.    No.  Because under "Condition" you

22  write exactly the condition of an existing

23  artwork, which brings us back to the previous

24  artwork where the condition was written in as

25  fair.  So that one was not lost.  This one it

1                    L. FARRINGTON

2  seems was stolen.

3        Q.    When was this work stolen?

4        A.    I have no way of knowing.  The date of

5  this report or earlier, as I previously stated.

6        Q.    Did Howard University report this

7  artwork as stolen to law enforcement?

8        A.    I have no way of knowing.

9        Q.    Is there any indication that Howard

10 University has undertaken to determine if a

11 police report was filed with the theft of this

12 artwork?

13       A.    From 50 years ago?  I don't think so

14 but I have to way of knowing.

15       Q.    Do you see the handwritten circle

16 around "stolen"?

17       A.    Yes, I do.

18       Q.    Who made that notation?

19       A.    I don't know.

20       Q.    Does the University know when that

21 notation was made?

22       A.    I don't know.

23       Q.    I'm turning your attention to HOWARD8.

24 Do you see a reference to a work by Norman Lewis

25 there?

1                     L. FARRINGTON

2        page 62.

3                  MR. COSSU:  As I said.

4   BY MR. COSSU:

5        Q.    Do you see a reference to a work by

6   Augustus Dunbier?

7        A.    Yes.

8        Q.    Are there any handwritten notations

9   with reference to that artist and work?

10       A.    "Find."

11       Q.    Does the University know who made the

12   notation "find"?

13       A.    There is no way of knowing that, sir.

14       Q.    When was that notation made?

15       A.    There is no way of knowing that

16   either, or knowing what it means.

17       Q.    Was an effort made to find this

18   artwork by the University?

19                  MR. HARVEY:  Objection; no foundation.

20   BY MR. COSSU:

21       Q.    You can answer.

22       A.    I'm confused about answering when

23   there is an objection.

24       Q.    Unless your attorney instructs you not

25   to answer, you can answer the question.

Page 97

1                    L. FARRINGTON

2              MR. HARVEY:  Well, there is no

3         foundation as to whether or not it was lost

4         and needed to be found.

5              MR. COSSU:  Thank you for your

6         coaching, Mr. Harvey, but the witness can

7         answer the question.

8              THE WITNESS:  Would you repeat the

9         question, please?

10   BY MR. COSSU:

11        Q.    Sure.

12              Was an effort made to find this

13   artwork by the University?

14              MR. HARVEY:  Same objection.

15              THE WITNESS:  I assume so, but I don't

16         know.  It was, again, 50 years ago.

17   BY MR. COSSU:

18        Q.    Is this work currently in the

19   University's collection?

20        A.    I'll have to check the inventory.  We

21   have 4,200 works.  I don't have that kind of

22   photographic memory.

23        Q.    Following this inventory, when was the

24   next time the University prepared an inventory of

25   its art collection?

1                    L. FARRINGTON

2        Q.    Were any spreadsheets created between

3   1976 and 2010?

4        A.    I don't know.  I don't really know how

5   they tracked acquisitions between 1976 and 2010.

6   Honestly, I don't know.

7        Q.    Is there anyone at Howard University

8   who would know how its inventory was tracked

9   between 1976 and 2010?

10       A.    Maybe Mr. Baker.

11       Q.    And have you discussed with Mr. Baker

12   how the University's inventory was tracked

13   between 1976 and 2010?

14       A.    Never.

15       Q.    When did the University begin insuring

16   its art collection?

17       A.    I don't know.

18       Q.    Does the University provide an updated

19   appraisal when it renews its insurance policy?

20       A.    I don't know.  I don't deal with

21   insurance, and the only appraisal I know of since

22   the old one that you showed me is the Sotheby's

23   one of a few artworks that are on that list.

24       Q.    You mentioned that Mr. Baker provided

25   his thesis.  Where on the University's campus was

```
 1                    L. FARRINGTON

 2   that located?

 3        A.    He had it at home.

 4        Q.    And that was the only copy?

 5        A.    As far as I know.

 6        Q.    Has the University ever provided lists

 7   of the artworks in its collection to third

 8   parties?

 9        A.    Not that I know of.

10        Q.    Has the University provided lists of

11   the artwork in its collection to Sotheby's?

12        A.    It provided Sotheby's with a number of

13   works.  I don't know the exact number, but

14   they're on the Sotheby's appraisal which you

15   have.

16        Q.    Were those lists created by the

17   University or by Sotheby's?

18        A.    I'm not sure what you're asking.  But

19   the appraisal was created by Sotheby's.  It's not

20   a list.  It's an appraisal document.

21        Q.    Let's go back.  How did Sotheby's come

22   to know what artworks are in the University's

23   collection?

24        A.    They only know those few.  They don't

25   know everything.  There are, as I said, over
```

```
 1                     L. FARRINGTON

 2    4,000.  How they came to know, I assume the

 3    University asked them to appraise them.  But

 4    again, this was years before my time.

 5         Q.    When the University asked Sotheby's to

 6    appraise artworks in its collection, did the

 7    University select the artworks that Sotheby's

 8    would appraise?

 9         A.    I don't know.

10         Q.    Is there anyone at the University who

11    would know?

12         A.    Maybe, but I don't know who it might

13    be.

14         Q.    And when did the initial Sotheby's

15    appraisal take place?

16         A.    If you have the document, there should

17    be a date on it.  But I don't know the year

18    myself off the top of my head because, again, I

19    wasn't employed here at Howard.

20         Q.    Are people still employed at Howard

21    who were there when Sotheby's conducted its

22    initial appraisal?

23         A.    If it was in the last four or five

24    years, of course.

25         Q.    If it was in the last ten years, would
```

1                    L. FARRINGTON

2  people still be at Howard?

3              MR. HARVEY:  Objection; calls for

4         speculation.

5              THE WITNESS:  That I don't know.  I

6         just don't know.

7  BY MR. COSSU:

8       Q.    Have you conducted any investigation

9  to determine who spoke with Sotheby's at the time

10 of its initial valuation?

11      A.    Why would I do that?

12      Q.    I'm just asking you if you have.

13      A.    No.

14             MR. COSSU:  I think we've gone for an

15        hour.  We can take another five- to

16        ten-minute break if you would like.

17             MR. HARVEY:  Sure.  Why don't we

18        resume at 12:25.  Or 12:30?

19             MR. COSSU:  I'm happy either way.

20             MR. HARVEY:  12:30.

21             (Recess taken.)

22 BY MR. COSSU:

23      Q.    Dr. Farrington, I just want to clarify

24 something that I may have misheard before we took

25 a break.  Did you say that you searched

1                          L. FARRINGTON

2    Mr. Baker's office for any records relating to

3    the artwork?

4          A.    Yes.

5          Q.    When did that search take place?

6          A.    I don't know exactly.  Maybe five or

7    six months ago, five months ago.

8          Q.    What, if anything, relevant to the

9    artwork did you locate during that search?

10         A.    Dr. Carter's inventory.

11         Q.    The 1976 inventory?

12         A.    Yes.  If that's what it is.

13         Q.    Did you locate any of those prior

14   valuation documents in Mr. Baker's office?

15         A.    No.  That was the only document that

16   was in Mr. Baker's office.

17         Q.    And Mr. Baker's thesis wasn't in his

18   office; is that correct?

19         A.    No.  That was in his home.

20         Q.    Dr. Farrington, do you have an

21   understanding as to what the current value of the

22   White artwork is?

23         A.    No, I don't.

24         Q.    Does the University have an

25   understanding as to what the current value of the

1                    L. FARRINGTON

2   artwork is?

3        A.    Not that I know of.

4        Q.    Has the University discussed the value

5   of the White artwork with Sotheby's?

6        A.    Not that I know of.

7        Q.    Does the University possess any

8   records indicating that it has discussed the

9   value of the White artwork with Sotheby's?

10       A.    I have seen no such records.

11       Q.    You mentioned that there are certain

12  lists that were exchanged with Sotheby's.  Am I

13  correct?

14       A.    You are not correct.  You mentioned

15  lists.  I did not.

16       Q.    What did you mention was exchanged

17  with Sotheby's as part of its appraisal process?

18       A.    I didn't mention anything that was

19  exchanged with Sotheby's.

20       Q.    So the University has not exchanged

21  any information with Sotheby's?

22       A.    Not that I know of.

23            MR. HARVEY:  Objection; vague.

24            THE WITNESS:  Yeah, I'm confused as to

25       the question.  The Sotheby's appraisal is

1                    L. FARRINGTON

2          the only document I know of that has

3          anything to do with Sotheby's.

4     BY MR. COSSU:

5          Q.    Okay.  So the Sotheby's appraisal

6     document, has that been produced by Howard

7     University?

8          A.    It was produced by Sotheby's.

9          Q.    But Howard did not produce it in this

10    litigation; is that correct?

11         A.    I don't know.

12         Q.    But you've looked at the University's

13    production; isn't that right?

14         A.    Yes, I have.

15         Q.    Is the Sotheby's appraisal contained

16    in that production?

17         A.    I don't recall.  I think there's a

18    thousand pages I looked through.  I remember

19    seeing the Sotheby's appraisal, but whether or

20    not it was in this production I can't say.

21         Q.    Well, I can represent to you that it

22    was not produced by the University.

23         A.    Okay.

24         Q.    Do you know what year the Sotheby's

25    appraisal took place?

1                        L. FARRINGTON

2         Q.    Have you reviewed the documents that

3    Sotheby's has produced to both parties in this

4    case?

5         A.    No.

6         Q.    But you're aware of this document and

7    you reviewed it?

8         A.    I'm aware of this document.  I saw it

9    some months ago.

10        Q.    When you saw it, did it have the

11   lettering and numbers on the bottom right that

12   exist on this document?

13        A.    I don't remember.  I don't think I

14   paid any attention to those numbers.  I was more

15   interested in the artworks.

16        Q.    Fair.

17              Approximately how many months ago did

18   you review it?

19        A.    Oh, I think I saw it right around the

20   time when I got to the University.  But I really

21   can't remember exactly when I first saw it.

22        Q.    Approximately what is the size in

23   terms of pages of the full Sotheby's appraisal?

24        A.    Oh, I don't know.  Ten or 15 or 20

25   pages maybe.  I don't know.

1                    L. FARRINGTON

2       Q.    Turning your attention to what's been

3  identified as Borders Exhibit G, what can you

4  tell me about this document?

5       A.    It's the Sotheby's appraisal of some

6  of our works.

7       Q.    And who created this document?

8       A.    Sotheby's, I assume.

9       Q.    If you look at the top of it, do you

10 see the apparent title to the document?  I can

11 try to make it larger for you.

12      A.    Yes, I see the title.

13      Q.    And what's the title?

14      A.    "Howard University Gallery of Art

15 Inventory of Prospective High Value Work for

16 Sotheby's Appraisal."

17      Q.    So this is an inventory of prospective

18 high value work for Sotheby's appraisal.

19           MR. HARVEY:  Objection; misstates the

20      document.

21 BY MR. COSSU:

22      Q.    This is "Howard University Gallery of

23 Art Inventory of Prospective High Value Art for

24 Sotheby's Appraisal"; correct?

25           MR. HARVEY:  It actually says high

1                    L. FARRINGTON

2       value work.

3                    MR. COSSU:  High value work.  Thank

4       you for correcting me there, Mr. Harvey.

5                    MR. HARVEY:  Always happy to help.

6  BY MR. COSSU:

7       Q.    Is that the title, Dr. Farrington?

8       A.    That's the title on this page,

9  correct.

10      Q.    This document was created by

11 Sotheby's?

12      A.    Yes.

13      Q.    How did Sotheby's get access to the

14 artworks that are identified on this page?

15      A.    I don't know.  I assume they went to

16 storage and looked at them.

17      Q.    Did the University ever provide

18 Sotheby's with any documentation concerning

19 artworks in its collection?

20      A.    Not that I know of.

21      Q.    Is the White artwork that's at issue

22 in this lawsuit identified in any of the

23 Sotheby's appraisals?

24      A.    This is the only appraisal I know of,

25 and it's not in this.

```
 1                    L. FARRINGTON

 2        A.    Who made the document?

 3        Q.    You told me that you don't know.

 4   Unfortunately, I can't answer your questions, and

 5   I don't even have an answer to this one.

 6        A.    Well, then, the answer is if nobody

 7   knows who made it, then nobody knows what

 8   Sotheby's is doing with it.  I don't understand

 9   why you would ask a question like that.  It's not

10   logical.

11        Q.    Dr. Farrington, what I'm asking you

12   is:  Does anyone at the University know why this

13   document is in Sotheby's possession?

14        A.    I'm speculating that Sotheby's created

15   it and that's why they have it.

16        Q.    For what purpose would Sotheby's have

17   created this document?

18        A.    Speculating again, to evaluate those

19   works in our collection.

20        Q.    When you say you're speculating, are

21   you personally speculating, or as Howard

22   University's representative are you speculating?

23             MR. HARVEY:  I object to the form of

24        the question.  I think your question asked

25        her about Sotheby's intent and Sotheby's
```

1                    L. FARRINGTON

2      Q.    Is the University aware of any

3  information contradicting that position?

4      A.    Not that I know of.

5      Q.    Does the University have any records

6  post 1976 indicating that the White artwork was

7  in storage?

8      A.    Not that I know of.

9      Q.    And you've looked for documents

10  concerning the White artwork; correct?

11      A.    I've looked for and produced all the

12  documentation that we have in the gallery.

13      Q.    When does the University allege that

14  it learned that the White artwork was no longer

15  in its possession?

16      A.    It didn't allege.  Sotheby's called

17  the general counsel's office and said, "We have

18  your artwork."  So that's not an alleged.  That's

19  a fact.

20      Q.    And when was that?

21      A.    Last spring.  You would have to ask

22  the general counsel's office when they got the

23  first call.  I don't know.

24      Q.    And that was the first time that the

25  University learned that the artwork was not in

1                    L. FARRINGTON

2   information contradicting that position?

3       A.    Not that I know of.

4       Q.    What makes it more likely that the

5   White artwork was stolen as opposed to title

6   being transferred in the ordinary course?

7       A.    There is no ordinary course of title

8   transfer.

9       Q.    Could the University have traded the

10  artwork for another artwork?

11          MR. HARVEY:  Objection; calls for

12      speculation.

13  BY MR. COSSU:

14      Q.    You can answer.

15      A.    I can't speculate.  You said could.

16  Anything could happen.  I don't know what

17  happened.

18      Q.    Has the University ever traded

19  artworks?

20      A.    No, not that I know of.

21      Q.    And what investigation have you

22  conducted to determine if the University has ever

23  traded artworks?

24      A.    I've looked through the annual

25  reports.

1                    L. FARRINGTON

2         Q.     And what years of annual reports did

3    you look through?

4         A.     I looked through annual reports going

5    back to the 1940s.

6         Q.     Does Howard University possess an

7    annual report from 1970 to '71?

8         A.     I couldn't find one.

9         Q.     And where did you search for the

10   annual reports?

11        A.     We keep them all in the library files

12   hallway.

13        Q.     Is that located within the library?

14        A.     No.  It's in the gallery library or

15   hallway where the annual reports are kept and

16   catalogs are kept.  So it's in Childers Hall

17   behind my office.

18        Q.     Is there anywhere else that annual

19   reports are kept within the University?

20        A.     Yes, in Founders Library.

21        Q.     Was that searched for the 1970 to '71

22   annual report?

23        A.     Yes.  I think the library was missing

24   three reports.  I located two of the three

25   missing reports and turned them over.

1                    L. FARRINGTON

2    record locations of works of art.  But just

3    because the work of art says no location recorded

4    it doesn't mean anything.  It means eventually

5    someone will have to open those crates and find

6    out exactly which crates which works of arts are

7    in.

8         Q.    So is it fair to say that no specific

9    action was taken by the University when this

10   artwork was recorded in TMS as no current

11   location recorded?

12        A.    Well, that record is a reproduction of

13   a record that had existed for years before.  So

14   no.  So there was no need.  There was no concern

15   because there was no reason to believe that the

16   work was not in one of those crates or in some

17   storage space somewhere.

18        Q.    So for years there was no recorded

19   location for the work; is that correct?

20        A.    Many works in the collection.  Still

21   today there are no recorded locations for many

22   works because we have almost no staff.

23        Q.    Dr. Farrington, I'm asking you about

24   this work.  Is it correct --

25        A.    Well, I'm just giving you a more

1                    L. FARRINGTON

2    record anything and there's no need to do

3    anything.

4        Q.    There is no need to do anything?

5        A.    If we know the works are here, why

6    would we do anything?

7        Q.    Did you know that the Centralia

8    Madonna --

9        A.    ** We didn't know that your clients

10   stole the work.

11       Q.    And what's your basis for that?

12       A.    We assumed that it was on campus or in

13   storage, as we assume with all of the works that

14   don't have a precise location.

15       Q.    Dr. Farrington, what is your

16   evidentiary basis for accusing my clients of

17   stealing the work?

18       A.    They have it and it belongs to us.

19       Q.    But what is your basis for your

20   accusation that they stole the work?  Does the

21   University have any records that our clients took

22   the work from the University?

23       A.    It's empirical evidence.  They have it

24   but it doesn't belong to them.  So that's the

25   assumption that I make.

1                    L. FARRINGTON

2    annual report?

3         A.    You would have to go back to the

4    beginning of the section or to the end and see if

5    it's signed.  But if it's not, I couldn't hazard

6    a guess.

7         Q.    Was the White artwork at issue ever

8    identified as stolen in any of the University's

9    annual reports?

10        A.    No, it was not.

11             MR. COSSU:  I'm going to show you what

12        we've marked as Borders Exhibit O.

13             (Borders Exhibit O marked for

14        identification and attached hereto.)

15   BY MR. COSSU:

16        Q.    Again, the first page here is a copy

17   of an annual report from 1973-1974 that we have

18   marked along with excerpts from this annual

19   report as Borders Exhibit O.

20             Dr. Farrington, do you recall seeing

21   the 1973 to '74 annual report from Howard

22   University?

23        A.    Yes.

24        Q.    Turning your attention to the second

25   page of this document -- it's not a perfect

1                      L. FARRINGTON

2    report?

3         A.    Yes.

4         Q.    Turning your attention to page 2,

5    which is page 57 of the annual report, do you see

6    the reference to "Paintings Removed from Gallery

7    Collection Permanently"?

8         A.    Yes.

9         Q.    And what information does the

10   University have about the removal of these

11   artworks from the gallery collection?

12        A.    That they were returned to the lenders

13   as it states there.

14        Q.    Does it state for the return of the

15   works to the Don R. Torrey collection that

16   Mr. Torrey was a lender?

17        A.    Obviously.  It doesn't state that, but

18   it's the Torrey collection.  It was returned to

19   Mr. Torrey.

20        Q.    Does the University continue to

21   possess any works from the Torrey collection?

22        A.    I don't know.  I've never heard of

23   that collection before until I read this

24   document.

25        Q.    Did you conduct any investigation into

```
 1                    L. FARRINGTON
 2   already viewed; is that correct?
 3        A.    Yes.  I re-reviewed most of the
 4   reports again since I was on campus anyway.
 5        Q.    Was Charles White ever a professor at
 6   the University?
 7        A.    According to rumors, he was an adjunct
 8   for some semesters.
 9        Q.    And what years would that have been?
10        A.    I don't know the exact years.
11        Q.    Where did the rumors originate from?
12        A.    Oh, I don't know.  Everybody seems to
13   know at some point he worked at Howard.  It must
14   be written down somewhere.
15        Q.    Do you know what year Mr. White passed
16   away?
17        A.    Not offhand, no.
18        Q.    Does the University have any records
19   reflecting Mr. White questioning the location of
20   the Charles White artwork at issue?
21        A.    No.
22        Q.    Who is Dr. Charles Boyd?
23        A.    He's a trustee.
24        Q.    And what role, if any, does the board
25   of trustees have with respect to the Gallery of
```

1                         L. FARRINGTON

2      Art?

3           A.    Well, they make all final decisions

4      about loans and purchases, that sort of thing.

5           Q.    Has Dr. Boyd been included in any

6      communications concerning the White artwork with

7      you?

8           A.    No.

9                 MR. HARVEY:  That calls for a yes or

10          no, Dr. Farrington.  Which you've answered.

11     BY MR. COSSU:

12          Q.    Have you had any communications with

13     Dr. Boyd concerning the Charles White artwork?

14          A.    No.

15          Q.    Did you speak with him as part of your

16     preparation to testify as Howard's Rule 30(b)(6)

17     representative?

18          A.    No.

19          Q.    Why not?

20          A.    I don't think I've spoken with him

21     more than three times since I got hired.

22                MR. COSSU:  Dr. Farrington, I'm going

23          to show you momentarily a document we're

24          marking as Borders Exhibit R.

25                (Borders Exhibit R marked for

1                     L. FARRINGTON

2        A.    No.

3        Q.    Have you been -- withdrawn.

4              How long has Mr. Baker been an

5    assistant director at the gallery?

6        A.    I don't know when he received that

7    title.

8        Q.    Prior annual reports referenced a Jeff

9    Donaldson.  Do you know who that person is?

10       A.    Yes.  He was the chair of the art

11   department, and he might have become dean later.

12       Q.    Do you know if he's still alive?

13       A.    He died.

14       Q.    Do you know when?

15       A.    Not exactly.

16       Q.    More than a decade ago?

17       A.    I'm not sure.

18             MR. COSSU:  Unfortunately, this is not

19       loading.  Why don't we take a break for five

20       to ten minutes, and then I think we'll be

21       done shortly thereafter if that's all right.

22             MR. HARVEY:  All right.  Why don't we

23       come back, what, 3:20?  Is that what you're

24       thinking?

25             MR. COSSU:  Sure.

1                    L. FARRINGTON

2        A.    Yes.

3        Q.    Dr. Farrington, have you ever seen

4   this email before?

5        A.    I don't think so.

6        Q.    Turning your attention to the top, it

7   references -- turning your attention to the first

8   email, it's an email from a Kayla Carlsen at

9   Sotheby's to an Elizabeth Pisano at Sotheby's and

10  it's dated May 28, 2020, at 3:34 p.m.

11            Do you see that?

12       A.    Yes, I do.

13       Q.    And the attendees from Howard

14  University are listed as "Senior counsel business

15  transaction and technology (didn't catch her

16  name) Dr. Boyd who on the board of Howard

17  University."

18       A.    I see that.

19       Q.    Do you know who the senior counsel

20  business transactions and technology person at

21  Howard University is?

22       A.    I don't know if anyone has that title.

23  I don't know of anyone with that title.

24       Q.    Understood.

25            Are you familiar with this call that

```
 1                      L. FARRINGTON
 2   took place between Sotheby's and Howard?
 3            MR. HARVEY:  Dr. Farrington, that
 4        calls for a yes or a no answer.
 5            THE WITNESS:  I'm not familiar with
 6        this call, no.
 7   BY MR. COSSU:
 8        Q.    Turn your attention down.  It says
 9   that "Dr. Boyd asked about estimate and Nina
10   noted that we think it will sell for much more."
11            Do you see that?
12        A.    Yes.
13        Q.    Do you understand that this discussion
14   is in reference to the Charles White artwork at
15   issue?
16            MR. HARVEY:  Objection; no foundation.
17            MR. COSSU:  I'm asking her if she
18        understands that.
19            MR. HARVEY:  Well, you can ask her
20        that way, does she have an understanding.
21            THE WITNESS:  I don't know what it's
22        about.  I don't know what it's about except
23        based on what's written here.
24   BY MR. COSSU:
25        Q.    Sure.
```

```
 1                    L. FARRINGTON

 2              Are you familiar with any other

 3   Charles White artworks that were being discussed

 4   in May of 2020 other than the Charles White

 5   artwork at issue?

 6              MR. HARVEY:  Objection; vague.

 7         Discussed between and among whom?

 8              MR. COSSU:  Sotheby's and Howard.

 9              THE WITNESS:  I don't know.  I was not

10         privy to communications between Sotheby's

11         and Howard.

12   BY MR. COSSU:

13         Q.    But you have been forwarded emails

14   from Sotheby's; is that correct?

15         A.    Pictures, I think.  But they could

16   have come through the general counsel's office.

17   I just don't remember.  I have thousands of

18   emails a week, literally.

19         Q.    Have you had any discussions with

20   Dr. Boyd about this call?

21         A.    No.  I don't know anything about this

22   call.

23         Q.    I believe you said you've only spoken

24   to Dr. Boyd two or three times.  Is that correct?

25         A.    Yes.
```

```
1                        L. FARRINGTON
2        Q.     And when were those communications?
3        A.     In telemeetings.  I think there were
4    three telemeetings over the last year.
5        Q.     And what did those telemeetings
6    concern?
7        A.     Different things having to do with the
8    University, the fine arts.  You know, I would
9    have to look at all the old notes and emails and
10   so forth.
11              There were half a dozen, maybe ten
12   people in the meeting.  So, you know, maybe 20
13   things discussed in any given meeting.  But I
14   don't recall them off the top of my head.
15       Q.     I'm going to turn your attention to
16   the fourth paragraph down, the final sentence.
17       A.     Yes.
18       Q.     "They know it was loaned because
19   someone who works for the University since the
20   1970s knows that some things went back and forth
21   without paperwork based on his experience."
22       A.     Yes.
23       Q.     Now, Dr. Farrington, do you know who
24   is being referenced as the person who has implied
25   things went back and forth without paperwork
```

1                    L. FARRINGTON

2  based on his experience?  Do you know who that

3  "his" is referencing?

4       A.    No, I have no idea.

5            MR. HARVEY:  Objection to the form.

6       Actually, they jump from the plural to the

7       singular in that sentence.

8            MR. COSSU:  My question was restricted

9       to just his experience.

10           MR. HARVEY:  Okay.

11 BY MR. COSSU:

12      Q.    I have your answer, Dr. Farrington.

13      A.    Hmm?

14      Q.    I said, I have your answer,

15 Dr. Farrington.

16           The next paragraph states:  "They note

17 that the Barnett-Aden Gallery was after Howard

18 (although they may also sold it to them as well)

19 and the gallery (i.e. Alanzo and Jane) may have

20 sold the work to a South Carolina collection

21 before the gallery was resold."

22           Do you see that?

23      A.    Yes, I see that.

24      Q.    Does Howard University have any

25 records of the Barnett-Aden Gallery selling the

1                    L. FARRINGTON

2   Charles White artwork to the University?

3        A.    No.  The only record of the University

4   receiving the work that I have seen is in the

5   1948 or '47 annual report where it just listed

6   the work as part of our collection without any

7   information about where it came from.

8        Q.    And what information does the

9   University have, if any, that would contradict

10  the statement that the gallery may have sold the

11  work to a South Carolina collection before the

12  gallery was resold?

13       A.    I don't exactly know what that

14  paragraph is saying.  But I don't know anything

15  about South Carolina or Barnett-Aden or the

16  relationship between the two.  So I can't answer

17  that question.

18            MR. COSSU:  Okay.  At this time,

19       Dr. Farrington, we have no further

20       questions.

21            However, we will leave this deposition

22       open as we have concerns for, among other

23       reasons, that the witness was not adequately

24       and properly prepared as a 30(b)(6) witness

25       representative.