UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
HOWARD UNIVERSITY,                                                :
:
                Plaintiff,   :
:      20-cv-04716 (LJL)
     -v-                                                        :
:      ERRATA ORDER
BORDERS et al,                                                    :
:
                Defendants.  :
:
------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __8/17/2022__

LEWIS J. LIMAN, United States District Judge:

The Opinion and Order filed on August 14, 2022 at Dkt. No. 75 contained a typographical error. Page 5 of the opinion listed the wrong date in the citation to *Pal v. New York Univ.*, 2008 WL 2627614, at *1 (S.D.N.Y. June 30, 2018). It should have read *Pal v. New York Univ.*, 2008 WL 2627614, at *1 (S.D.N.Y. June 30, 2008).

Along with this Errata Order, the Court is separately filing an Amended Opinion and Order correcting this error. The error and correction reflected in the Amended Opinion and Order have no impact on the substance of the Opinion.

SO ORDERED.

Dated: August 17, 2022
       New York, New York

                                               LEWIS J. LIMAN
                                       United States District Judge