UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

HOWARD UNIVERSITY,
        *Plaintiff-Counterclaim Defendant*,

-against-                                          20 CIVIL 4716 (LJL)

LARRY BORDERS and                              JUDGMENT
VIRGINIA BORDERS,
        *Defendants-Counterclaim Plaintiffs*,

And

*CENTRALIA MADONNA*,
a DRAWING,
        *Defendant-in-rem*

-----------------------------------------------------------X

      It is hereby ORDERED, ADJUDGED AND DECREED:  That for the reasons stated in the Court's Opinion and Order dated October 20, 2022, the Borders' defense of laches does not bar Howard's claims for replevin for the return of the Artwork and to quiet title in it and for declaratory judgment that it is the rightful and true owner of the Artwork. Howard thus prevails on each of its claims and has title to the Artwork, free of any claims by the Borders. Respectfully Judgment is entered for Howard.

**Dated:**  New York, New York
            October 20, 2022

                                                                       **RUBY J. KRAJICK**

                                                                          _____
                                                                                **Clerk of Court**

                                        **BY:**
                                                                                _____
                                                                                 **Deputy Clerk**